IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID MARK BELL,

   Plaintiff,

     v.

ALCOVY JUDICIAL CIRCUIT
NEWTON CO. SUPERIOR COURT,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-4411-TWT

ORDER

This is a pro se prisoner civil rights action against Judges and prosecutors involved in his state court conviction. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action under the rule of Heck v. Humphrey. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 15 day of February, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Bell\11cv4411\r&r.wpd